# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

Clifford W. Taylor,
Chief Justice

135107

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 135107
                                        COA: 279092
                                        Kent CC: 06-002814-FC

KEVIN MICHAEL MEYERS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008                                 _____
                                                Clerk

l0123